UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNUTE ALLMENDINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>OXFORD LAW, LLC,<br><br>  Defendant. | No. 2:14-cv-1990 KJM EFB (TEMP)<br><br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(19).

On January 13, 2016, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2016 (Dkt. No. 21) are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 14), re-noticed for hearing on May 29, 2015 (ECF No. 16), is granted; and

3. Default judgment is entered against defendant Oxford Law, LLC and in favor of plaintiff in the total amount of $3,629.50, comprised of an award of $1,000.00 in statutory damages based on 15 U.S.C. § 1692k(a)(2)(A), $1,000.00 in statutory damages based on California Civil Code § 1788.30(b), $1,177.50 in attorneys' fees and $452 in costs.

DATED: March 18, 2016

_____
UNITED STATES DISTRICT JUDGE