# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KNUTE ALLMENDINGER,**

CASE NO: **2:14–CV–01990–KJM–EFB**

v.

**OXFORD LAW, LLC,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2016**

**Marianne Matherly**
Clerk of Court

ENTERED:  **March 21, 2016**

by: /s/ M. Marciel
Deputy Clerk